UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ABBOUD, JAWDAT § Case No. 12-05371
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        KENNETH S. GARDNER
        219 S. Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/15/2013 in Courtroom 4016,
        DuPage County Courthouse
        505 N. County Farm Rd.
        Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/28/2013         By: KENNETH S. GARDNER
                                          Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
ABBOUD, JAWDAT § Case No. 12-05371
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 50,000.00 |
| and approved disbursements of | $ | 36,524.32 |
| leaving a balance on hand of[1] | $ | 13,475.68 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 4,250.00 | $ 0.00 | $ 4,250.00 |
| Attorney for Trustee Fees: Cohen & Krol | $ 1,577.00 | $ 0.00 | $ 1,577.00 |
| Other: International Sureties Ltd. | $ 11.83 | $ 11.83 | $ 0.00 |
| Other: Cohen & Krol | $ 33.78 | $ 0.00 | $ 33.78 |
| Total to be paid for chapter 7 administrative expenses | | $ | 5,860.78 |
| Remaining Balance | | $ | 7,614.90 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 4,811.54 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | Illinois Department of Revenue | $ 4,811.54 | $ 0.00 | $ 4,811.54 |
| | Total to be paid to priority creditors | | | $ 4,811.54 |
| | Remaining Balance | | | $ 2,803.36 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 532,021.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Yellowbook, Inc | $ 158,808.90 | $ 0.00 | $ 836.81 |
| 000002 | US Bancorp Equipment Finance Group | $ 335,271.49 | $ 0.00 | $ 1,766.63 |
| 000003 | Discover Bank | $ 10,322.48 | $ 0.00 | $ 54.39 |
| 000005 | American Express Bank, FSB | $ 2,846.81 | $ 0.00 | $ 15.00 |
| 000006 | M & T BANK | $ 24,771.54 | $ 0.00 | $ 130.53 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,803.36 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 616.72 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004B | Illinois Department of Revenue | $ 616.72 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors     $ 0.00

Remaining Balance     $ 0.00

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 12-05371-DRC
Jawdat Abboud                                                           Chapter 7
         Debtor             CERTIFICATE OF NOTICE
District/off: 0752-1          User: dwilliams              Page 1 of 2                  Date Rcvd: Oct 29, 2013
                              Form ID: pdf006              Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2013.
db           +Jawdat Abboud,    411 Suffolk Lane,    Oak Brook, IL 60523-2624
aty          +Gina B. Krol,    Cohen and Krol,   105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
18485161     +American Express,    C/o Becket and Lee,    P.O. Box 3001,    Malvern, PA 19355-0701
19650912      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18485164     +Blue Cross Blue Shield,    300 East Randolph Street,    Chicago, IL 60601-5099
18485166    #+Cerveny John A.,    1025 Ogden #202,    Lisle, IL 60532-4388
18485168     +Citibank, N.A.,    399 Park Avenue,    New York, NY 10022-4699
18485169     +Codilis & Associates,    15W030 N. Frontage Road,    Willowbrook, IL 60527-6921
18509759     +DCFS USA, L.L.C.,    c/o Riezman Berger, P.C.,    7700 Bonhomme, 7th Floor,
               St. Louis, MO 63105-1960
18485172      Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
18485173     +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
18485176    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    38 Fountain Square Plaza,    Fifth Third Center,
               Cincinnati, OH 45263)
18485174     +Fatima Abboud,    411 Suffolk Lane,    Oak Brook, IL 60523-2624
18485175     +Fiedler Nathanson Ltd.,    211 W. Wacker 1000,    Chicago, IL 60606-1241
18485177     +First Data,    265 Broad Hollow Road,    Melville, NY 11747-4833
18485178     +HSBC Bank,    P.O Box 5253,   Carol Stream, IL 60197-5253
18485179     +IFC,    8700 Waukegan Road,   Suite 100,    Morton Grove, IL 60053-2104
18485180      Illinois Department of Revenue,    Po Box 64338,    Chicago, IL 60664-0338
18568283     +Laser and Cosmetic Dermatology,    2425 W. 22nd Street #216,    Oak Brook, IL 60523-4662
18485181     +Lipkin & Higgins,    222 N. LaSalle Street,    Suite 2100,    Chicago, IL 60601-1107
18568280     +Lyons Financial Services, Inc.,    a/k/a USBancorp Manifest Funding,    Serv.,
               1310 Madrid, Suite 100,    Marshall, MN 56258-4001
18485182     +Main Street Bank,    23970 US HWY 59 N.,    Kingwood, TX 77339-1535
18485184     +Mb Financial Bank,    6111 N River Rd,    Rosemont, IL 60018-5111
18485183     +Mb Financial Bank,    6111 N River Road,    Des Plaines, IL 60018-5111
18485185     +Mercedes-Benz Financial,    PO Box 685,    Roanoke, TX 76262-0685
18568282     +Oak Brook Surgical Center,    2425 W. 22nd Street,    Oak Brook, IL 60523-4642
18485186     +Teller Levit & Silvertrust P.C.,    19 South LaSalle Street,    Suite 701,    Chicago, IL 60603-6369
18485187     +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
18485188     +UIC,    1740 W. Taylor Street,   Chicago, IL 60612-7232
18894506     +US Bancorp Equipment Finance Group,    c/o Thomas V. Askounis,    ASKOUNIS & DARCY, PC,
               401 N Michigan Ave Ste 550,    Chicago, IL 60611-5523
18485189      US Bank Manifest,    1450 Child Parkway,    Marshall, MN 56258
18485190    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Home Mortgage,    8480 Stagecoach Cir,
               Frederick, MD 21701)
18568281     +Yellowbook, Inc,    F/k/a Yellow Book Sales,    2201 Renaissance Boulevard,
               King of Prussia, PA 19406-2707
18485191     +Yellowbook, Inc,    F/k/a Yellow Book Sales and Distribution,    Teller, Levit & Silvertrust, PC,
               19 S LaSalle St Ste 701,    Chicago, IL 60603-6369

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18485162     +E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 30 2013 01:11:41     American Honda/Acura Finance,
               2170 Point Blvd Ste 100,    Elgin, IL 60123-7875
18485165     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 30 2013 00:59:47      Capital One, N.A.,
               c/o American Infosource,    P.O. Box 54529,    Oklahoma City, OK 73154-1529
18485167     +E-mail/Text: smaccarthy@cmn-law.com Oct 30 2013 01:10:30     Chittenden, Murday & Novotny, LLC,
               303 West Madison Street,    Suite 1400,    Chicago, IL 60606-3393
18485170     +E-mail/Text: camanagement@mandtbank.com Oct 30 2013 01:10:51     Court Square Leasing Corporation,
               14 Great Valley Parkway,    Suite 100,    Malvern, PA 19355-1305
18485171      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 30 2013 01:16:08     Discover Financial Services,
               2500 Lake Cook Rd.,    Deerfield, IL 60015
19564308      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 30 2013 01:16:08     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
19671700      E-mail/Text: camanagement@mandtbank.com Oct 30 2013 01:10:51     M & T BANK,    1100 WEHRLE DRIVE,
               WILLIAMSVILLE, NY 14221
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Mitchell S Lipkin
18485163    ##+Askounis & Darcy P.C.,    401 North Michigan Avenue,    Suite 550,    Chicago, IL 60611-5523
                                                                                              TOTALS: 1, * 0, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: dwilliams              Page 2 of 2                  Date Rcvd: Oct 29, 2013
                               Form ID: pdf006              Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2013                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2013 at the address(es) listed below:
          Charles R Woolley    on behalf of Creditor    US Bancorp Equipment Finance Group
           rwoolley@askounisdarcy.com
          E. Philip  Groben    on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com,
           trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
          Gina B Krol    gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.co
           m
          Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.co
           m
          Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
           jcohenattorney@gmail.com;gkrol@cohenandkrol.com
          Kathryn A Klein    on behalf of Creditor    DCFS USA, L.L.C. (DCFS) iln@riezmanberger.com
          Maria  Georgopoulos    on behalf of Creditor    Wells Fargo Bank, NA nd-three@il.cslegal.com
          Maria  Georgopoulos    on behalf of Creditor    Fifth Third Mortgage Company nd-three@il.cslegal.com
          Mohammed O Badwan    on behalf of Debtor Jawdat  Abboud mbadwan@sulaimanlaw.com,
           mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
           m;SulaimanLaw@BestClientInc.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Raymond J Ostler    on behalf of Creditor    MB Financial Bank, NA rostler@gsgolaw.com
          Stephanie K Nathanson    on behalf of Creditor Sumo  Mulbah skn@fandnlaw.com
          Thomas V Askounis    on behalf of Creditor    US Bancorp Equipment Finance Group
           taskounis@askounisdarcy.com,  akapai@askounisdarcy.com
                                                                                             TOTAL: 13
```