Donald R. Cassling

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ABBOUD, JAWDAT | § | Case No. 12-05371 DRC |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/GINA B. KROL_____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jawdat Abboud |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Honda/Acura Finance 2170 Point Blvd Ste 100 Elgin, IL 60123 |  |  |  |  |  |
|  | Fifth Third Bank 38 Fountain Square Plaza Fifth Third Center Cincinnati, OH 45263 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mb Financial Bank 6111 N River Rd Rosemont, IL 60018 | | | | | |
| | Mercedes-Benz Financial PO Box 685 Roanoke, TX 76262 | | | | | |
| | Wells Fargo Home Mortgage 8480 Stagecoach Cir Frederick, MD 21701 | | | | | |
| | DR. MOHAMMAD ALZEIN | | | | | |
| | PREFERRED OPEN MRI | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| MITCHELL S. LIPKIN | | | | | |
| MITCHELL S. LIPKIN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Po Box 64338 Chicago, IL 60664-0338 | | | | | |
| 000004A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blue Cross Blue Shield 300 East Randolph Street Chicago, IL 60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, N.A. c/o American Infosource P.O. Box 54529 Oklahoma City, OK 73154 | | | | | |
| | Cerveny John A. 1025 Ogden #202 Lisle, IL 60532 | | | | | |
| | Chittenden, Murday & Novotny, LLC 303 West Madison Street Suite 1400 Chicago, IL 60606 | | | | | |
| | Citibank, N.A. 399 Park Avenue New York, NY 10022 | | | | | |
| | Court Square Leasing Corporation 14 Great Valley Parkway Suite 100 Malvern, PA 19355 | | | | | |
| | Equifax Information Services, LLC 1550 Peachtree Street NW Atlanta, GA 30309 | | | | | |
| | Experian Information Solutions, Inc. 475 Anton Boulevard Costa Mesa, CA 92626 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fiedler Nathanson Ltd. 211 W. Wacker 1000 Chicago, IL 60606 | | | | | |
| | First Data 265 Broad Hollow Road Melville, NY 11747 | | | | | |
| | HSBC Bank P.O Box 5253 Carol Stream, IL 60197 | | | | | |
| | IFC 8700 Waukegan Road Suite 100 Morton Grove, IL 60053 | | | | | |
| | Lipkin & Higgins 222 N. LaSalle Street Suite 2100 Chicago, IL 60601 | | | | | |
| | Lyons Financial Services, Inc. a/k/a USBancorp Manifest Funding Serv. 1310 Madrid, Suite 100 Marshall, MN 56258 | | | | | |
| | Main Street Bank 23970 US HWY 59 N. Kingwood, TX 77339 | | | | | |
| | Mb Financial Bank 6111 N River Road Des Plaines, IL 60018 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Teller Levit & Silvertrust P.C. 19 South LaSalle Street Suite 701 Chicago, IL 60603 | | | | | |
| | Trans Union LLC 1561 E. Orangethorpe Avenue Fullerton, CA 92831 | | | | | |
| | UIC 1740 W. Taylor Street Chicago, IL 60612 | | | | | |
| | US Bank Manifest 1450 Child Parkway Marshall, MN 56258 | | | | | |
| | US Bank Manifest 1450 Child Parkway Marshall, MN 56258 | | | | | |
| 000006 | M & T BANK | | | | | |
| 000002 | US BANCORP EQUIPMENT FINANCE GROUP | | | | | |
| 000001 | YELLOWBOOK, INC | | | | | |
| 000005 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000004B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |

Case 12-05371    Doc 62    Filed 09/10/14    Entered 09/10/14 11:30:53    Desc Main
Document      Page 10 of 15

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1　　Exhibit 8

| Case No: | 12-05371 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- | --- |
| Case Name: | ABBOUD, JAWDAT | | | Date Filed (f) or Converted (c): | 02/15/12 (f) |
| | | | | 341(a) Meeting Date: | 04/17/12 |
| For Period Ending: 08/14/14 | | | | Claims Bar Date: | 01/09/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 411 SUFFOLK LANE OAK BROOK, ILLINOIS 60523 | 839,900.00 | 0.00 | | 0.00 | FA |
| 2. 53 DINEFF ROAD LEMONT, ILLNOIS 60439 | 300,000.00 | 0.00 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS | 370.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS / COLLECTIBLES | 500.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 7. FURS AND JEWELRY | 20.00 | 0.00 | | 0.00 | FA |
| 8. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 9. STOCK | 1.00 | 0.00 | | 0.00 | FA |
| 10. STOCK | 1.00 | 0.00 | | 0.00 | FA |
| 11. LIQUIDATED CLAIMS | 0.00 | 0.00 | | 0.00 | FA |
| 12. CONTINGENT CLAIMS | Unknown | 35,000.00 | | 50,000.00 | FA |
| 13. CONTINGENT CLAIMS | 0.00 | 0.00 | | 0.00 | FA |
| 14. VEHICLES | 14,115.75 | 0.00 | | 0.00 | FA |
| 15. VEHICLES | 14,074.50 | 0.00 | | 0.00 | FA |
| 16. OFFICE EQUIPMENT | 200.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,170,482.25 | $35,000.00 | | $50,000.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has submitted her TFR to UST for review

October 16, 2013, 04:55 pm

Initial Projected Date of Final Report (TFR): 12/31/14　　Current Projected Date of Final Report (TFR): 12/31/14

**FORM 1**

Case 12-05371　　Doc 62　　Filed 09/10/14　　Entered 09/10/14 11:30:53　　Desc Main
　　　　　　　　　　　　INDIVIDUAL ESTATE PROPERTY RECORD AND
Document　　　Page 12 of 15
　　　　　　　　　　　　　　　ASSET CASES

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-05371　DRC　Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | ABBOUD, JAWDAT | Date Filed (f) or Converted (c): | 02/15/12 (f) |
| | | 341(a) Meeting Date: | 04/17/12 |
| | | Claims Bar Date: | 01/09/13 |

　/s/　　GINA B. KROL
_____　Date: 08/14/14
　　GINA B. KROL

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-05371 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | ABBOUD, JAWDAT | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0634 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8345 | | | |
| For Period Ending: | 08/14/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 12/10/12 | 12 | American Family Insurance<br>Madison, WI | | 1142-000 | 50,000.00 | | 50,000.00 |
| | 12/27/12 | 030001 | Mitchell S. Lipkin<br>222 N. LaSalle Street<br>Suite 2100<br>Chicago, IL 60601 | Special Counsel Fees per Order | 3210-600 | | 16,666.66 | 33,333.34 |
| | 12/27/12 | 030002 | Mitchell S. Lipkin<br>222 N. LaSalle St.<br>Suite 2100<br>Chicago, IL 60601 | Attorney Expenses per Order | 3220-610 | | 491.00 | 32,842.34 |
| | 12/27/12 | 030003 | Preferred Open MRI | Medical Lien | 4220-000 | | 2,100.00 | 30,742.34 |
| | 12/27/12 | 030004 | Dr. Mohammad Alzein | Medical Lien | 4220-000 | | 2,025.00 | 28,717.34 |
| | 12/27/12 | 030005 | Jawdat Abboud<br>411 Suffolk Lane<br>Oak Brook, IL 60523 | Personal Injury Exemption | 8100-000 | | 15,000.00 | 13,717.34 |
| | 01/10/13 | | Associated Bank | Overdraft Fee | 2600-000 | | 35.00 | 13,682.34 |
| | 01/15/13 | | Associated Bank | Bank Technology Fee for 12/12 | 2600-000 | | 12.00 | 13,670.34 |
| * | 02/06/13 | | Associated Bank | Bank Technology Fee | 2600-003 | 12.00 | | 13,682.34 |
| * | 02/06/13 | | Reverses Adjustment IN on 02/06/13 | Bank Technology Fee | 2600-003 | -12.00 | | 13,670.34 |
| | 02/13/13 | 030006 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 11.83 | 13,658.51 |
| | 02/13/13 | | Associated Bank | Bank Technology Fee for 1/13 | 2600-000 | | 22.78 | 13,635.73 |
| | 02/27/13 | | Associated Bank | Bank Technology Fee for 2/13 | 2600-000 | | 22.22 | 13,613.51 |
| | 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.31 | 13,595.20 |
| | 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.21 | 13,574.99 |
| | 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.53 | 13,555.46 |
| | 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.15 | 13,535.31 |
| | 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.47 | 13,515.84 |
| | 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.10 | 13,495.74 |
| | 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.06 | 13,475.68 |
| | 11/14/13 | 030007 | Cohen & Krol<br>105 W. Madison St. | Attorneys' Fees per Court Order | 3110-000 | | 1,051.33 | 12,424.35 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-05371 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | ABBOUD, JAWDAT | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0634  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8345 | | | |
| For Period Ending: | 08/14/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/14/13 | 030008 | Suite 1100<br>Chicago, IL  60602<br>Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL  60602 | Attorneys' Expenes per Court Order | 3120-000 | | 33.78 | 12,390.57 |
| 11/14/13 | 030009 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Attorneys' Fees per Court Order | 3110-000 | | 525.67 | 11,864.90 |
| 11/14/13 | 030010 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Chapter 7 Compensation/Fees | 2100-000 | | 4,250.00 | 7,614.90 |
| 11/14/13 | 030011 | Illinois Department of Revenue<br>Po Box 64338<br>Chicago, IL 60664-0338 | Claim 000004A, Payment 100.00000% | 5800-000 | | 4,811.54 | 2,803.36 |
| 11/14/13 | 030012 | Yellowbook, Inc<br>F/k/a Yellow Book Sales and Distribution<br>Teller, Levit & Silvertrust, PC<br>19 S LaSalle St Ste 701<br>Chicago, IL 60603 | Claim 000001, Payment 0.52693%<br>(1-1) Modified on 2/24/12 to<br>correct creditors address(dw) | 7100-000 | | 836.81 | 1,966.55 |
| 11/14/13 | 030013 | US Bancorp Equipment Finance Group<br>c/o Thomas V. Askounis<br>ASKOUNIS & DARCY, PC<br>444 N. Michigan Ave.<br>Suite 3270<br>Chicago, IL 60611 | Claim 000002, Payment 0.52693% | 7100-000 | | 1,766.63 | 199.92 |
| 11/14/13 | 030014 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000003, Payment 0.52691% | 7100-900 | | 54.39 | 145.53 |
| 11/14/13 | 030015 | American Express Bank, FSB<br>c o Becket and Lee LLP | Claim 000005, Payment 0.52691%<br>(5-1) CREDIT CARD DEBT | 7100-900 | | 15.00 | 130.53 |

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

LFORM2T4

Ver: 18.00b

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-05371 -DRC | |
| Case Name: | ABBOUD, JAWDAT | |
| Taxpayer ID No: | *******8345 | |
| For Period Ending: | 08/14/14 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******0634 Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/14/13 | 030016 | POB 3001<br>Malvern, PA 19355-0701<br>M & T BANK<br>1100 WEHRLE DRIVE<br>WILLIAMSVILLE, NY 14221 | Claim 000006, Payment 0.52694% | 7100-000 | | 130.53 | 0.00 |

| Account *******0634 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 50,000.00 | 16 | Checks | 49,770.17 |
| 0 | Interest Postings | 0.00 | 11 | Adjustments Out | 229.83 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 50,000.00 | | Total | $ 50,000.00 |
| 2 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 50,000.00 | | | |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 08/14/14
GINA B. KROL

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*